AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi

MICAH R. WEALKER, M.D., PLLC d/b/a Women's Wellness of Mississippi, and NEWCARE MD, LLC

*Plaintiff(s)*

v.

MORGAN CHARLEIGH PITTS, KIMBERLY AMANDA FLEMING DAVIS, MOKI, LLC d/b/a MOKI Wellness & Aesthetics, M. Charleigh Consulting, LLC, and UNKNOWN ADDITIONAL ENTITIES or PERSONS A through Z

*Defendant(s)*

Civil Action No. 3:26–cv–00982-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Morgan Charleigh Pitts
118 Weisenberger Road, Suite 200
Madison MS 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie M. Rippee, Watkins & Eager, PLLC
400 E. Capitol Street
Jackson MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/13/2026

N. Dean
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi

MICAH R. WEALKER, M.D., PLLC d/b/a Women's Wellness of Mississippi, and NEWCARE MD, LLC

*Plaintiff(s)*

v.

MORGAN CHARLEIGH PITTS, KIMBERLY AMANDA FLEMING DAVIS, MOKI, LLC d/b/a MOKI Wellness & Aesthetics, M. Charleigh Consulting, LLC, and UNKNOWN ADDITIONAL ENTITIES or PERSONS A through Z

*Defendant(s)*

Civil Action No. 3:26–cv–00982-HTW-LGI

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kimberly Amanda Fleming Davis
118 Weisenberger Road, Suite 200
Madison MS 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie M. Rippee, Watkins & Eager, PLLC
400 E. Capitol Street
Jackson MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/13/2026

N. Dean
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MICAH R. WEALKER, M.D., PLLC d/b/a Women's Wellness of Mississippi, and NEWCARE MD, LLC

*Plaintiff(s)*

v.

MORGAN CHARLEIGH PITTS, KIMBERLY AMANDA FLEMING DAVIS, MOKI, LLC d/b/a MOKI Wellness & Aesthetics, M. Charleigh Consulting, LLC, and UNKNOWN ADDITIONAL ENTITIES or PERSONS A through Z

*Defendant(s)*

Civil Action No. 3:26–cv–00982-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MOKI, LLC d/b/a MOKI Wellness & Aesthetics
c/o Mary Arthur, Registered Agent
368 Highland Colony Parkway
Ridgeland MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie M. Rippee, Watkins & Eager, PLLC
400 E. Capitol Street
Jackson MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/13/2026

N. Dean

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MICAH R. WEALKER, M.D., PLLC d/b/a Women's Wellness of Mississippi, and NEWCARE MD, LLC
*Plaintiff(s)*

v.

MORGAN CHARLEIGH PITTS, KIMBERLY AMANDA FLEMING DAVIS, MOKI, LLC d/b/a MOKI Wellness & Aesthetics, M. Charleigh Consulting, LLC, and UNKNOWN ADDITIONAL ENTITIES or PERSONS A through Z
*Defendant(s)*

Civil Action No. 3:26–cv–00982-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M Charleigh Consulting, LLC
c/o Morgan C Pitts, Its Registered Agent
139 Rhodes Lane
Canton MS 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie M. Rippee, Watkins & Eager, PLLC
400 E. Capitol Street
Jackson MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/13/2026

N. Dean
*Signature of Clerk or Deputy Clerk*