**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICAH R. WALKER, M.D., PLLC**
**d/b/a Women's Wellness of Mississippi**
**and NewCare MD, LLC** **Plaintiffs**

**v.** **Civil Action No. 3:26-cv-00982-HTW-LGI**

**MORGAN CHARLEIGH PITTS, KIMBERLY**
**AMANDA FLEMING DAVIS, MOKI, LLC d/b/a**
**MOKI WELLNESS AND AESTHETICS, M CHARLEIGH**
**CONSULTING, LLC, AND UNKNOWN ADDITIONAL**
**ENTITIES OR PERSONS A through Z** **Defendants**

# NOTICE OF APPEARANCE

COMES NOW, Chadwick M. Welch, of the law firm Heidelberg Patterson Welch Wright, and enters his appearance as counsel for defendants Morgan Charleigh Pitts; Kimberly Amanda Fleming Davis; Moki, LLC d/b/a Moki Wellness and Aesthetics; and M Charleigh Consulting, LLC.

THIS, the 16th day of November, 2026.

Respectfully submitted,

*/s/ Chadwick M. Welch*
CHADWICK M. WELCH (MSB NO. 105588)

*Attorney for Morgan Charleigh Pitts; Kimberly Amanda Fleming Davis; Moki, LLC d/b/a Moki Wellness and Aesthetics; and M Charleigh Consulting, LLC*

OF COUNSEL:
Mary R. Arthur (MSB No. 103778)
Chadwick M. Welch (MSB No. 105588)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
601-790-1588 (general)
601-707-3075 (fax)
marthur@hpwlawgroup.com
cwelch@hpwlawgroup.com

**CERTIFICATE OF SERVICE**

I, Chadwick M. Welch, hereby certify that on this day I served the foregoing pleading which will be served upon all counsel of record via the Court's electronic filing system.

THIS, the 16th day of November, 2026.

/s/ *Chadwick M. Welch*
CHADWICK M. WELCH