**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICAH R. WALKER, M.D., PLLC**
**d/b/a Women's Wellness of Mississippi**
**and NewCare MD, LLC** **Plaintiffs**

**v.** **Civil Action No. 3:26-cv-00982-HTW-LGI**

**MORGAN CHARLEIGH PITTS, KIMBERLY AMANDA FLEMING DAVIS, MOKI, LLC d/b/a MOKI WELLNESS AND AESTHETICS, M CHARLEIGH CONSULTING, LLC, AND UNKNOWN ADDITIONAL ENTITIES OR PERSONS A through Z** **Defendants**

---

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

COME NOW Defendants, Morgan Charleigh Pitts, Kimberly Amanda Fleming Davis, MOKI, LLC d/b/a MOKI Wellness & Aesthetics, and M Charleigh Consulting, LLC (collectively, "Defendants"), through counsel, and submit this Response in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 2].

Defendants deny that Plaintiffs have established entitlement to the extraordinary injunctive relief requested and incorporate herein by reference their separately filed Memorandum in Opposition and the exhibits thereto.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court deny Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and grant Defendants such other and further relief as the Court deems just and proper.

This, the 16th day of November, 2026.

Respectfully submitted,

*/s/ Mary R. Arthur*
CHADWICK M. WELCH (MSB NO. 105588)
MARY R. ARTHUR (MSB NO. 103778)

*Attorneys for Defendants*

OF COUNSEL:

Chadwick M. Welch (MSB No. 105588)
Mary R. Arthur (MSB No. 103778)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
769-567-1019 (Mimi direct)
601-790-1588 (general)
601-707-3075 (fax)
cwelch@hpwlawgroup.com
marthur@hpwlawgroup.com

## CERTIFICATE OF SERVICE

I, Mary R. Arthur, hereby certify that on this day I served the foregoing pleading upon all counsel of record via the Court's electronic filing system.

THIS, the 16th day of November, 2026.

*/s/ Mary R. Arthur*
MARY R. ARTHUR